No. 95–5078.  WILSON *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 95–5079.  JOSEPH *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 95–5080.  HULL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–5082.  HIGDON *v.* HENSLEY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–5083.  HOLBROOK *v.* CITY OF DALTON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–5087.  CARPER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–5088.  CROSS ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–5090.  BOYD *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 95–5091.  BEALS *v.* DEL PAPA, ATTORNEY GENERAL OF NEVADA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–5092.  MALDONADO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–5093.  KALINSKY *v.* UNEMPLOYMENT APPEALS COMMISSION.  Sup. Ct. Fla.  Certiorari denied.

No. 95–5094.  WASHINGTON *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 95–5095.  DOE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–5096.  OKPALA *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA.  C. A. 11th Cir.  Certiorari denied.